**Jay ABRAHAM, Plaintiff–Appellant**

v.

**DRIVERS MANAGEMENT, LLC, Defendant–Appellee.**

No. 13–2571.

United States Court of Appeals, Eighth Circuit.

Submitted: March 7, 2014.

Filed: April 7, 2014.

Jon Rehm, Rehm & Bennet, Lincoln, NE, for Plaintiff-Appellant.

Patrick Joseph Barrett, Fraser & Stryker, Omaha, NE, for Defendant-Appellee.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

After Drivers Management, LLC (Drivers), terminated the employment of one of its truck drivers, Jay Abraham, he brought a lawsuit under Title VII and Nebraska law claiming, as relevant to this appeal, that Drivers terminated him on the basis of his national origin. The district court [1] granted summary judgment to Drivers, and Abraham appeals. Upon careful de novo review, we conclude that a jury would be unable to find, based on the evidence in the summary judgment record, that Drivers' reasons for terminating Abraham were a pretext for national-origin discrimination. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable John M. Gerrard, United States District Judge for the District of Ne- braska.